# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

KATHLEEN A. LORENTZEN,

     Plaintiff,

v.

HEALTHSOURCE SAGINAW, INC.,
MARK E. KRAYNAK, and MARK
PUCKETT

     Defendants.

CASE NO. 1:18-cv-11507-TLL-PTM
HON. Thomas L. Ludington

---

RICHARD THOMPSON (P21410)
B. TYLER BROOKS (NC Bar No.
37604)
THOMAS MORE LAW CENTER
Attorneys for Plaintiff
24 Frank Lloyd Wright Drive
Suite J 3200 (PO Box 393)
(734) 827-20001
rthompson@thomasmore.org
tbrooks@thomasmore.org

THOMAS P. VINCENT (P32794)
COURTNEY L. NICHOLS (P75160)
PLUNKETT COONEY
Attorney for Defendants Healthsource
Saginaw, Inc. and Mark Kraynak
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 901-4000 (248) 901-4040
tvincent@plunkettcooney.com
cnichols@plunkettcooney.com

DAVID J. YATES (P49405)
ERIC P. CONN (P64500)
MICHAEL P. WISNIEWSKI (P77343)
SEGAL McCAMBRIDGE SINGER &
MAHONEY
Attorneys for Defendant Mark Puckett
29100 Northwestern Highway, Ste. 240
Southfield, MI 48034
(248) 994-0060 (248) 994-0061 [Fax]
dyates@smsm.com  econn@smsm.com
mwisniewski@smsm.com

<u>**DEFENDANT MARK PUCKETT'S**</u>
<u>**ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**</u>

NOW COMES Defendant, MARK PUCKETT, by and through his attorneys, David J. Yates, Eric P. Conn, Michael P. Wisniewski and Segal McCambridge Singer & Mahoney, and for its answer to Plaintiff's Amended Complaint states as follows:

<u>**INTRODUCTION**</u>

1.      In response to Paragraph 1, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

2.      In response to Paragraph 2, Defendant MARK PUCKETT neither admits nor denies the allegations as stated therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

3.      In response to Paragraph 3, Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

<u>**THE PARTIES**</u>

4.      In response to Paragraph 4, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or

information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

5.      In response to Paragraph 5, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

6.      In response to Paragraph 6, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

7.      In response to Paragraph 7, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

8.      In response to Paragraph 8, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

9.      In response to Paragraph 9, Defendant MARK PUCKETT denies the allegations as stated therein for the reason that they are untrue.

## <u>JURISDICTION AND VENUE</u>

10.    In response to Paragraph 10, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

11.    In response to Paragraph 11, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

12.    In response to Paragraph 12, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

13.    In response to Paragraph 13, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

14.    In response to Paragraph 14, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or

information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

15.    In response to Paragraph 15, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

16.    In response to Paragraph 16, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

17.    In response to Paragraph 17, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

18.    In response to Paragraph 18, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

## FACTS

19.    In response to Paragraph 19, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

20.    In response to Paragraph 20, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

21.    In response to Paragraph 21, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

22.    In response to Paragraph 22, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

23.    In response to Paragraph 23, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or

information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

24.    In response to Paragraph 24, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

25.    In response to Paragraph 25, Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

26.    In response to Paragraph 26, Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

27.    In response to Paragraph 27, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

28.    In response to Paragraph 28, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

29.    In response to Paragraph 29, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or

information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

30.     In response to Paragraph 30, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

31.     In response to Paragraph 31, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

32.     In response to Paragraph 32, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

33.     In response to Paragraph 33, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

34.     In response to Paragraph 34, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or

information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

35.    In response to Paragraph 35, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

36.    In response to Paragraph 36, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

37.    In response to Paragraph 37, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

38.    In response to Paragraph 38, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

39.    In response to Paragraph 39, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or

information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

40.     In response to Paragraph 40, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

41.     In response to Paragraph 41, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

42.     In response to Paragraph 42, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

43.     In response to Paragraph 43, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

44.     In response to Paragraph 44, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or

information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

45.     In response to Paragraph 45, Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

46.     In response to Paragraph 46 (a-f), Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

47.     In response to Paragraph 45 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

48.     In response to Paragraph 46 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

49.     In response to Paragraph 47 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

50.     In response to Paragraph 48 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

51.     In response to Paragraph 49 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

52.     In response to Paragraph 50 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

53.     In response to Paragraph 51 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

54.     In response to Paragraph 52 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

55.     In response to Paragraph 53 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

56.     In response to Paragraph 54 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

### COUNT I:
### Religious Discrimination in Violation
### of Title VII – Disparate Treatment
### (Against Defendant HealthSource)

57.     In response to Paragraph 55 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 54 [sic], as though fully set forth herein, paragraph by paragraph.

58.    In response to Paragraph 56 [sic], Defendant MARK PUCKETT admits the allegations contained therein.

59.    In response to Paragraph 57 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

60.    In response to Paragraph 58 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

61.    In response to Paragraph 59 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

62.    In response to Paragraph 60 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

63.    In response to Paragraph 61 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

64.    In response to Paragraph 62 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

65.    In response to Paragraph 63 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

66.     In response to Paragraph 64 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

67.     In response to Paragraph 65 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

68.     In response to Paragraph 66 [sic], Defendant MARK PUCKETT, denies the allegations contained therein for the reason that they are untrue.

69.     In response to Paragraph 67 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

### COUNT II:
### Religious Discrimination in Violation
### of Title VII – Harassment/Hostile Work Environment
### (Against Defendant HealthSource)

70.     In response to Paragraph 68 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 67 [sic], as though fully set forth herein, paragraph by paragraph.

71.     In response to Paragraph 69 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

72.     In response to Paragraph 70 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

73.     In response to Paragraph 71 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

74.     In response to Paragraph 72 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

75.     In response to Paragraph 73 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

**COUNT III:**
**Religious Discrimination in Violation**
**of Title VII – Denial of Religious Accommodation**
**(Against Defendant HealthSource)**

76.     In response to Paragraph 74 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 73 [sic], as though fully set forth herein, paragraph by paragraph.

77.     In response to Paragraph 75 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

78.     In response to Paragraph 76 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

79.     In response to Paragraph 77 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

80.     In response to Paragraph 78 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

81.     In response to Paragraph 79 [sic], Defendant MARK PUCKETT Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

82.     In response to Paragraph 80 [sic], Defendant MARK PUCKETT, Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

83.     In response to Paragraph 81 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

## COUNT IV:
## Retaliation in Violation of Title VII
## (Against Defendant HealthSource)

84.     In response to Paragraph 82 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 81 [sic], as though fully set forth herein, paragraph by paragraph.

85.     In response to Paragraph 83 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

86.    In response to Paragraph 84 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

87.    In response to Paragraph 85 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

## COUNT V:
## Violation of the Elliott-Larsen Civil Rights Act
## (Against all Defendants)

88.    In response to Paragraph 86 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 85 [sic], as though fully set forth herein, paragraph by paragraph.

89.    In response to Paragraph 87 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

90.    In response to Paragraph 88 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

91.    In response to Paragraph 89 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

92.    In response to Paragraph 90 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

93.    In response to Paragraph 91 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

94.     In response to Paragraph 92 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

95.     In response to Paragraph 93 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

96.     In response to Paragraph 94 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

97.     In response to Paragraph 95 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

98.     In response to Paragraph 96 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

99.     In response to Paragraph 97 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

100.   In response to Paragraph 98 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

101.   In response to Paragraph 99 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

102.   In response to Paragraph 100 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

103.   In response to Paragraph 101 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

## COUNT VI:
### Breach of Contract
### (Against Defendant HealthSource)

104.   In response to Paragraph 102 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 101 [sic], as though fully set forth herein, paragraph by paragraph.

105.   In response to Paragraph 103 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

106.   In response to Paragraph 104 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

107.   In response to Paragraph 105 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

108.   In response to Paragraph 106 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

109.   In response to Paragraph 107 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

**COUNT VII:**
**Breach of Covenant of Good Faith and Fair Dealing**
**(Against Defendant HealthSource)**

110.   In response to Paragraph 108 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 107 [sic], as though fully set forth herein, paragraph by paragraph.

111.   In response to Paragraph 109 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

112.   In response to Paragraph 110 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

113.   In response to Paragraph 111 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

114.   In response to Paragraph 112 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

## COUNT VIII:
### Tortious Interference with Business
### Relationship or Business Expectancy
### (Against all Defendants)

115.   In response to Paragraph 113 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 112 [sic], as though fully set forth herein, paragraph by paragraph.

116.   In response to Paragraph 114 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

117.   In response to Paragraph 115 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

118.   In response to Paragraph 116 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

119.   In response to Paragraph 117 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

120.   In response to Paragraph 118 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

## COUNT IX:
## Termination in Violation of Michigan Public Policy
## (Against Defendant HealthSource)

121.   In response to Paragraph 119 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 118 [sic], as though fully set forth herein, paragraph by paragraph.

122.   In response to Paragraph 120 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

123.   In response to Paragraph 121 [sic], Defendant MARK PUCKETT neither admits nor denies the allegations contained therein, lacking sufficient knowledge or information with which to form a belief as to the truth of the allegations, and leaves Plaintiff to her proofs.

124.   In response to Paragraph 122 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

125.   In response to Paragraph 123 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

## COUNT X:
### Common Law Assault
### (Against Defendant Mark E. Kraynak)

126.   In response to Paragraph 124 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 123 [sic], as though fully set forth herein, paragraph by paragraph.

127.   In response to Paragraph 125 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

128.   In response to Paragraph 126 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

129.   In response to Paragraph 127 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

## COUNT XI:
### Common Law Battery
### (Against Defendant Mark E. Kraynak)

130.   In response to Paragraph 128 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 127 [sic], as though fully set forth herein, paragraph by paragraph.

131.   In response to Paragraph 129 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

132.   In response to Paragraph 130 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

133.   In response to Paragraph 131 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

134.   In response to Paragraph 132 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

### COUNT XII:
### Declaratory Relief
### (Against all Defendants)

135.   In response to Paragraph 133 [sic], Defendant MARK PUCKETT realleges and restates his answers to Paragraphs 1 through 132 [sic], as though fully set forth herein, paragraph by paragraph.

136.   In response to Paragraph 134 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

137.   In response to Paragraph 135 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

138.   In response to Paragraph 136 [sic], Defendant MARK PUCKETT denies the allegations contained therein for the reason that they are untrue.

### PRAYER FOR RELIEF

WHEREFORE, Defendant MARK PUCKETT respectfully requests that this Honorable Court dismiss Plaintiff's cause of action and grant Defendant costs and attorney fees so wrongfully incurred in the defense of this action, and in further

response denies the allegations (1-8) contained therein for the reason that they are

untrue.

SEGAL McCAMBRIDGE SINGER & MAHONEY

By: /s/ David J. Yates
    DAVID J. YATES (P49405)
    ERIC P. CONN (P64500)
    MICHAEL P. WISNIEWSKI (P77343)
    Attorneys for Defendant Puckett
    29100 Northwestern Highway, Ste. 240
    Southfield, MI 48034
Dated: July 31, 2018    (248) 994-0060

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

KATHLEEN A. LORENTZEN,

      Plaintiff,

v.

HEALTHSOURCE SAGINAW, INC.,
MARK E. KRAYNAK, and MARK
PUCKETT

      Defendants.

CASE NO. 1:18-cv-11507-TLL-PTM
HON. Thomas L. Ludington

| | |
|---|---|
| RICHARD THOMPSON (P21410)<br>B. TYLER BROOKS (NC Bar No. 37604)<br>THOMAS MORE LAW CENTER<br>Attorneys for Plaintiff<br>24 Frank Lloyd Wright Drive<br>Suite J 3200 (PO Box 393)<br>(734) 827-20001<br>rthompson@thomasmore.org<br>tbrooks@thomasmore.org<br><br>THOMAS P. VINCENT (P32794)<br>COURTNEY L. NICHOLS (P75160)<br>PLUNKETT COONEY<br>Attorney for Defendants Healthsource<br>Saginaw, Inc. and Mark Kraynak<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 901-4000 (248) 901-4040<br>tvincent@plunkettcooney.com<br>cnichols@plunkettcooney.com | DAVID J. YATES (P49405)<br>ERIC P. CONN (P64500)<br>MICHAEL P. WISNIEWSKI (P77343)<br>SEGAL McCAMBRIDGE SINGER &<br>MAHONEY<br>Attorneys for Defendant Mark Puckett<br>29100 Northwestern Highway, Ste. 240<br>Southfield, MI 48034<br>(248) 994-0060 (248) 994-0061 [Fax]<br>dyates@smsm.com  econn@smsm.com<br>mwisniewski@smsm.com |

## RELIANCE ON JURY DEMAND

NOW COMES Defendant, MARK PUCKETT, by and through his attorneys, David J. Yates, Eric P. Conn, Michael P. Wisniewski, and Segal McCambridge Singer & Mahoney, and hereby relies upon the Jury Demand previously filed in the above-captioned matter.

> SEGAL McCAMBRIDGE SINGER & MAHONEY
>
> By: /s/ David J. Yates
> DAVID J. YATES (P49405)
> ERIC P. CONN (P64500)
> MICHAEL P. WISNIEWSKI (P77343)
> Attorneys for Defendant FIBA
> 29100 Northwestern Highway, Ste. 240
> Southfield, MI  48034

Dated:  July 31, 2018                      (248) 994-0060

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

KATHLEEN A. LORENTZEN,

      Plaintiff,

v.

HEALTHSOURCE SAGINAW, INC.,
MARK E. KRAYNAK, and MARK
PUCKETT

      Defendants.

CASE NO. 1:18-cv-11507-TLL-PTM
HON. Thomas L. Ludington

---

RICHARD THOMPSON (P21410)
B. TYLER BROOKS (NC Bar No. 37604)
THOMAS MORE LAW CENTER
Attorneys for Plaintiff
24 Frank Lloyd Wright Drive
Suite J 3200 (PO Box 393)
(734) 827-20001
rthompson@thomasmore.org
tbrooks@thomasmore.org

THOMAS P. VINCENT (P32794)
COURTNEY L. NICHOLS (P75160)
PLUNKETT COONEY
Attorney for Defendants Healthsource
Saginaw, Inc. and Mark Kraynak
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 901-4000 (248) 901-4040
tvincent@plunkettcooney.com
cnichols@plunkettcooney.com

DAVID J. YATES (P49405)
ERIC P. CONN (P64500)
MICHAEL P. WISNIEWSKI (P77343)
SEGAL McCAMBRIDGE SINGER &
MAHONEY
Attorneys for Defendant Mark Puckett
29100 Northwestern Highway, Ste. 240
Southfield, MI 48034
(248) 994-0060 (248) 994-0061 [Fax]
dyates@smsm.com  econn@smsm.com
mwisniewski@smsm.com

---

## AFFIRMATIVE DEFENSES

NOW COMES Defendant, MARK PUCKETT, by and through his attorneys, David J. Yates, Eric P. Conn, and Segal McCambridge Singer & Mahoney, and for his Affirmative Defenses states as follows:

1.     The Plaintiff has failed to state a claim upon which relief can be granted.

2.     The Plaintiff has failed to file suit within the applicable statute of limitations.

3.     The Plaintiff has failed to establish any genuine issues as to any material fact, and therefore Defendant is entitled to Summary Disposition as a matter of law.

4.     Venue has been improperly established.

5.     Plaintiff has failed to mitigate her damages.

6.     The Plaintiff's claim is barred by the doctrines of release, accord and satisfaction, consent, estoppel, judicial estoppel, ratification, res judicata, waiver, and/or payment.

7.     The Plaintiff's claim is barred by the doctrine of laches.

8.     The Plaintiff's claim is barred by the doctrine of unclean hands.

9.     The Plaintiff's claims for damages, if any, must be offset and reduced by any and all amounts (including, but not limited to unemployment compensation, insurance payments, social security and/or disability payments and the like) which

Plaintiff earned or could have earned with due diligence from the last dates of his employment with Defendant.

10.     The Plaintiff was not an employee of Defendant, as defined by applicable law, and therefore her claims based on her alleged employment by Defendant fail as a matter of law.

11.     The Plaintiff cannot establish any breach of good faith and fair dealing against Defendant.

12.     The Plaintiff cannot recover punitive damages because at all relevant times, Defendant made a good faith effort to comply with all applicable laws.

13.     The Plaintiff cannot recover because any and all decisions taken by Defendant were made on the basis of reasonable factors other than Plaintiff's religious beliefs.

14.     The Plaintiff cannot recover as Defendant to not engage in any harassing and/or discriminatory conduct.

15.     The Plaintiff's claims fail as Defendant did not subject her to a hostile work environment or any form of illegal discrimination.

16.     The Plaintiff's claims fail as Defendant did not treat Plaintiff differently than an individual outside of her protected class.

17.     Defendant asserts that all of his actions concerning Plaintiff were taken for legitimate non-discriminatory and non-retaliatory reasons.

18.     The Plaintiff's claims fail as she cannot establish Defendant intentionally or tortuously interfered with a business relationship or business expectancy.

19.     To the extent Plaintiff claims to have relied to her detriment on any representation by Defendant, any such reliance was unreasonable.

20.     The Plaintiff's claims fail as Defendant did not cause her damages.

21.     Defendant investigated complaints, if any, by Plaintiff and found her complaints to have no merit and/or Defendant was prepared to take and/or took prompt and appropriate remedial action regarding any complaint allegedly raised by Plaintiff, if any.

22.     Defendant asserts that all of his actions concerning Plaintiff were taken for legitimate non-discriminatory and non-retaliatory reasons.

23.     Plaintiff's claims are barred because any and all decisions taken by Defendant were made on the basis of reasonable factors other than Plaintiff's alleged religious beliefs.

24.     Plaintiff did not engage in "protected activity" under applicable law.

25.     Plaintiff's claims may be barred by after acquired evidence.

26.     Defendant reserves the right to add or amend these Affirmative Defenses as may be disclosed by way of discovery and on-going investigation.

SEGAL McCAMBRIDGE SINGER & MAHONEY

By: /s/ David J. Yates

DAVID J. YATES (P49405)
ERIC P. CONN (P64500)
MICHAEL P. WISNIEWSKI (P77343)
Attorneys for Defendant FIBA
29100 Northwestern Highway, Ste. 240
Southfield, MI  48034

Dated:  July 31, 2018                    (248) 994-0060

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

KATHLEEN A. LORENTZEN,

  CASE NO. 1:18-cv-11507-TLL-PTM

 Plaintiff,     HON. Thomas L. Ludington

v.

HEALTHSOURCE SAGINAW, INC.,
MARK E. KRAYNAK, and MARK
PUCKETT

 Defendants.

| | |
|---|---|
| RICHARD THOMPSON (P21410)<br>B. TYLER BROOKS (NC Bar No. 37604)<br>THOMAS MORE LAW CENTER<br>Attorneys for Plaintiff<br>24 Frank Lloyd Wright Drive<br>Suite J 3200 (PO Box 393)<br>(734) 827-20001<br>rthompson@thomasmore.org<br>tbrooks@thomasmore.org<br><br>THOMAS P. VINCENT (P32794)<br>COURTNEY L. NICHOLS (P75160)<br>PLUNKETT COONEY<br>Attorney for Defendants Healthsource<br>Saginaw, Inc. and Mark Kraynak<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 901-4000 (248) 901-4040<br>tvincent@plunkettcooney.com<br>cnichols@plunkettcooney.com | DAVID J. YATES (P49405)<br>ERIC P. CONN (P64500)<br>MICHAEL P. WISNIEWSKI (P77343)<br>SEGAL McCAMBRIDGE SINGER &<br>MAHONEY<br>Attorneys for Defendant Mark Puckett<br>29100 Northwestern Highway, Ste. 240<br>Southfield, MI 48034<br>(248) 994-0060 (248) 994-0061 [Fax]<br>dyates@smsm.com  econn@smsm.com<br>mwisniewski@smsm.com |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2018, the foregoing Defendant's Answer to Plaintiff's Amended Complaint, Affirmative Defenses, Reliance on Jury Demand, and this Certificate of Service, was served upon the attorneys of record of all parties to the above cause by electronic service through ECF, the court's electronic filing system.

/s/ Kelly Solak
Kelly Solak