## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

KATHLEEN A. LORENTZEN,

      Plaintiff,

v.

HEALTHSOURCE SAGINAW, INC.,
MARK E. KRAYNAK, and MARK
PUCKETT,

      Defendants.

Case No. 18-cv-11507
Hon.  Thomas L. Ludington

---

## STIPULATION FOR ORDER OF DISMISSAL OF DEFENDANTS

The parties hereto, by their respective counsel, hereby Stipulate and

agree to the entry of the attached Order dismissing Plaintiff's action against all

Defendants with prejudice and without costs, interest or attorney fees to any

party.

I HEREBY STIPULATE TO
THE ENTRY OF THE ABOVE ORDER:


By: */s/ Brandon Bolling*
Richard Thompson (P21410)
Brandon Bolling (P60195)
Attorneys for Plaintiff
THOMAS MORE LAW CENTER

By: */s/ Courtney L. Nichols*
Thomas P. Vincent (P32794)
Courtney L. Nichols (P75160)
Attorneys for Defendants
HealthSource Saginaw, Inc. and Mark
E. Kraynak
PLUNKETT COONEY

2

By: */s/ Stephanie Burnstein*
David J. Yates (P49405)
Eric P. Conn (P64500)
Stephanie Burnstein (P78800)
SEGAL McCAMBRIDGE SINGER &
MAHONEY
Attorneys for Defendant Mark Puckett

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**


KATHLEEN A. LORENTZEN,

      Plaintiff,                                          Case No. 18-cv-11507
                                                            Hon.  Thomas L. Ludington
v.

HEALTHSOURCE SAGINAW, INC.,
MARK E. KRAYNAK, and MARK
PUCKETT,

      Defendants.

---

## ORDER OF DISMISSAL

Upon the reading and filing of the attached Stipulation;

**IT IS HEREBY ORDERED** that Plaintiff's action against all Defendants is dismissed with prejudice and without costs, interest or attorney fees to any party.  This is a final order and closes this case.


Dated: April 8, 2019                          s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge

3